IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | | |
|---|---|---|
| C.P.C., # 292555, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. |
| | ) | 2:21-CV-203-RAH-SRW |
| TERRY RAYBON, *et al.*, | ) | |
| | ) | |
| Respondents. | ) | |

**ORDER**

On March 22, 2021, the Magistrate Judge filed a Recommendation to which no timely objections have been filed. (Doc. 2.) Upon an independent review of the record and upon consideration of the Recommendation, it is ORDERED that

(1) The Recommendation (Doc. 2) is ADOPTED; and

(2) This case is TRANSFERRED to the United States District Court for the Southern District of Alabama pursuant to the provisions of 28 U.S.C. § 1631.

DONE on this the 13th day of April, 2021.

/s/ R. Austin Huffaker, Jr.
UNITED STATES DISTRICT JUDGE